IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

Case No. 5:20-cr-28-MW/MJF

v.

MARGO DEAL ANDERSON, et al.,

    Defendants.
_____/

# DEFENDANT ANDERSON'S
# EXHIBIT LIST

**LH Commission Meeting Minutes**

1. [A] 2014 LH City Commission Meeting Minutes (Composite Exhibit)

2. [A] 2015 LH City Commission Meeting Minutes (Composite Exhibit)

3. [A] 2016 LH City Commission Meeting Minutes (Composite Exhibit)

4. [A] 2017 LH City Commission Meeting Minutes (Composite Exhibit)

5. [A] 2018 LH City Commission Meeting Minutes (Composite Exhibit)

6. [A] 2019 LH City Commission Meeting Minutes (Composite Exhibit)

7. [A] 2020 LH City Commission Meeting Minutes (Composite Exhibit)

8. [A] 2021 LH City Commission Meeting Minutes (Composite Exhibit)

**LH Commission Meeting Videos**

9. [B] 2015.4.28 LH City Commission Meeting Video (To be Subpoenaed)

10. [A] 2015.8.24 LH City Commission Meeting Video (To be Subpoenaed)

11. [B] 2016.3.22 LH City Commission Meeting Video (To be Subpoenaed)

12. [B] 2016.6.28 LH City Commission Meeting Video (To be Subpoenaed)

13. [B] 2017.1.24 LH City Commission Meeting Video (To be Subpoenaed)

14. [A] 2017.2.14 LH City Commission Meeting Video (To be Subpoenaed)

15. [B] 2017.2.28 LH City Commission Meeting Video (To be Subpoenaed)

16. [A] 2017.7.25 LH City Commission Meeting Video (To be Subpoenaed)

17. [A] 2017.8.8 LH City Commission Meeting Video (To be Subpoenaed)

18. [A] 2017.10.24 LH City Commission Meeting Video

19. [B] 2017.12.12 LH City Commission Meeting Video (To be Subpoenaed)

20. [B] 2018.1.23 LH City Commission Meeting Video

21. [B] 2018.2.27 LH City Commission Workshop Video re Auditing Firms

22. [B] 2018.2.27 LH City Commission Meeting Video

23. [A] 2018.5.8 LH City Commission Meeting Video

24. [B] 2018.6.26 LH City Commission Meeting Video

25. [A] 2018.9.12 LH City Commission Meeting Video (To be Subpoenaed)

26. [A] 2018.10.16 LH City Commission Meeting Video

27. [A] 2018.10.23 LH City Commission Meeting Video

28. [A] 2018.10.30 LH City Commission Meeting Video

29. [A] 2018.11.6 LH City Commission Meeting Video

30. [A] 2020.6.9 LH City Commission Meeting Video (To be Subpoenaed)

31. [A] 2020.6.23 LH City Commission Meeting Video (To be Subpoenaed)

32. [A] 2020.7.14 LH City Commission Meeting Video (To be Subpoenaed)

33. [A] 2020.7.28 LH City Commission Meeting Video

34. [A] 2020.8.10 LH City Commission Workshop Video re City Rebuild

35. [A] 2020.8.11 LH City Commission Meeting Video

36. [B] 2020.8.19 LH City Commission Meeting Video (To be Subpoenaed)

37. [B] 2020.8.27 LH City Commission Meeting Video

**LH Governing Documents/Emergency Declarations**
38. [A] Lynn Haven Charter

39. [A] Lynn Haven Employee Policies

40. [A] Lynn Haven Purchasing Procedural Guide

41. [A] 2018.10.8 CM White/V. Gainer Email Exchange re Preparing Emergency Declaration

42. [A] 2018.10.8 City Proclamation of State of Local Emergency

43. [A] 2018.10.16 City Hurricane Michael Resolution 2018-10-16

44. [A] 2018.10.23 City Hurricane Michael Resolution 2018-10-23-002

45. [B] 2018-2020 State Executive Orders Declaring State of Emergency (Composite Exhibit)

**17th Street Ditch Project**
46. [B] 2015.4.29 Notice of Award of 17th Street Ditch Project to Phoenix

47. [A] 2015.4.29 City-Phoenix Contract for 17th Street Ditch Project

48. [B] 2015.4 Notice to Proceed to Phoenix for 17th Street Ditch Project

49. [A] 2015.7.20 Phoenix Design-Build Letter to City (from J. Finch to CM Schubert)

50. [A] 2015.7.22 Phoenix Design-Build Letter to City (from J. Finch to CM Schubert)

51. [A] 2015.8.25 Phoenix Ditch Contract-Change Order 1

52. [A] 2016.6.23 Phoenix Utility Conflict/Stormwater Maintenance Letter to Panhandle Engineering (from Ted Schoppe)

53. [A] 2016.6.28 Phoenix Ditch Contract-Change Order 2

54. [A] 2017.3.20 City Promissory Note to Phoenix for 17th Street Ditch Project

55. [A] 2018.8.9 Phoenix Stormwater Addendum Letter to City (from Ted Schoppe to CM White)

56. [A] 2018.9 Stormwater Addendum to City-Phoenix Contract for 17th Street Ditch Project

57. [A] 2018.9.11 CM M. White/R. Jackson Email Exchange re Stormwater Addendum

58. [A] 2018.9 Phoenix Ditch Contract-Stormwater Addendum

59. [A] 2019.8.1 First Amendment of Promissory Note to Phoenix

60. [B] 2020.10.13 Amended City Promissory Note to Phoenix for 17th Street Ditch Project

**FDOT 17th Street Ditch Project**
61. [B] 2018.4.29 CM M. White/C. Forehand/et al Email Exchange re JPA

62. [B] 2018.4.30 CM M. White/C. Forehand Email Exchange re JPA

63. [A] 2018.5.11 City-FDOT Joint Participation Agreement for FDOT 17th Street Ditch Project

64. [B] 2018.6.21 FDOT Notice to Proceed to City (M. White)

65. [B] 2018.8.14 B. Baker Email to B. Waldrip re Budget for 17th Street Ditch FDOT Project

66. [A] 2018.8.21-28 City Advertisement for Bids

67. [A] 2018.8 City Solicitation for FDOT 17th Street Ditch Project

68. [B] 2018.9.20 Phoenix Bid Proposal for FDOT 17th Street Ditch Project

69. [B] 2018.9.20 GAC Bid Proposal for FDOT 17th Street Ditch Project

70. [B] 2018.9.20 Marshall Brothers Bid Proposal for FDOT 17th Street Ditch Project

71. [A] 2018.9.21 Panhandle Bid Result Letter to FDOT

72. [A] 2018.9.28 FDOT Concurrence Letter to Panhandle

73. [B] 2018.10.3 CM M. White/C. Forehand/et al Email Exchange re Amendment to JPA

74. [A] 2018.10.31 Panhandle Recommendation Letter to City (M. White)

75. [A] 2018.11.7 First Amendment to Joint Participation Agreement with FDOT

76. [B] 2018.11.7 City Notice of Award to Phoenix for FDOT 17th Street Ditch Project

77. [A] 2018.11.7 City-Phoenix Contract for FDOT 17th Street Ditch Project

78. [A] 2018.11 City Notice to Proceed to Phoenix for FDOT 17th Street Ditch Project

79. [A] 2018.12.5 Pre-Construction Meeting Attendance Sheet for FDOT 17th Street Ditch Project

80. [B] 2019.8.13 Second Amendment to Joint Participation Agreement with FDOT

**Half-Cent Sales Tax Project**

81.  [A] 2017.6 City Bid Solicitation RFQ 17-01

82.  [B] 2017.7.20 Phoenix Bid Proposal for Half-Cent Sales Tax Project

83.  [B] 2017.7.20 CW Roberts Bid Proposal for Half-Cent Sales Tax Project

84.  [A] 2017.8.2 Phoenix Letter to City re Master Contract and Task Order 1 (R. Golinowsky to CM White)

85.  [A] 2017.8.4 CM. White Memo to Commission re Half Cent Contract Negotiations

86.  [A] 2017.8.9 City-Phoenix Half Cent Contract

87.  [A] 2017.8.9 Phoenix Half Cent Contract-Task Order 1

88.  [A] 2017.10.24 Phoenix Continuation Letter to City (J. Finch to CM White)

89.  [A] 2017.11.1 Phoenix Half Cent Contract-Task Order 2

90.  [A] 2017.11.1 Phoenix Half-Cent Contract-Task Order 3

91.  [A] 2018.6.20 CM. White/M. Anderson Email Exchange re Half Cent Project Debt

92.  [A] 2018.7.2 Phoenix Half Cent Contract-Task Order 4

93.  [A] 2018.8.23 B. Baker/CM M. White Email Exchange re Remaining Road Paving

94.  [A] 2018.8.30 CM M. White/B. Baker Email Exchange re Road Paving Addition

95.  [A] 2018.9.12 Phoenix Half Cent Contract-Task Order 5

96.  [A] 2019.1.8 CM White/M. Anderson Email Exchange re City Continuation/Stop Work Letter to Phoenix.

97. [A] 2019.1.8 City Continuation/Stop Work Letter to Phoenix (from CM White to Ted Schoppe)

98. [A] 2019.3.26 Phoenix Half Cent Contract-Task Order 6

**JDF Properties-Debris Pit**

99. [A] 2018.10.30 Albritton Email to CM White re Chip Disposal Prices

100. [A] 2018.10.31 Schoppe Email to CM White re Chip Disposal Pit

101. [A] 2018.10.31 CM White Email Directive to Ashbritt re City Chip Disposal

102. [A] 2018.11.1 CM White Email Directive to CrowderGulf re City Chip Disposal

**Recordings of M. Anderson**

103. [B] 2020.4.20 Recording of PC Ramie Meeting with M. Anderson

104. [B] 2020.4.20 Recording of PC Ramie Call with M. Anderson

105. [B] 2020.4.22 Recording of PC Ramie Call with M. Anderson

106. [B] 2020.5.11 Recording of PC Ramie Call with M. Anderson

107. [B] 2020.5.20 Recording of PC Ramie Call with M. Anderson

108. [B] 2020.6.8 Recording of PC Ramie Call with M. Anderson

109. [B] 2020.6.9 Recording of PC Ramie Meeting with M. Anderson

110. [B] 2020.7.10 Recording of PC Ramie Call with M. Anderson

111. [B] 2020.7.13 Recording of PC Ramie Meeting with M. Anderson

112. [B] 2020.7.30 Recording of PC Ramie Meeting with M. Anderson

113. [B] 2020.8.12 (First) Recording of PC Ramie Call with M. Anderson

114. [B] 2020.8.12 (Second) Recording of PC Ramie Call with M. Anderson

115. [B] 2020.8.12 Recording of PC Ramie Meeting with M. Anderson

116. [B] 2020.8.12 (Third) Recording of PC Ramie Call with M. Anderson

117. [B] 2020.8.17 Recording of PC Ramie Meeting with M. Anderson

118. [B] 2020.8.20 Recording of PC Ramie Call with M. Anderson

**Margo Anderson Campaign**
119. [A] M. Anderson Campaign Flyer (City Salaries)

120. [A] M. Anderson Campaign Flyer (Future of Lynn Haven)

121. [A] M. Anderson Campaign Flyer (What Happened to Lynn Haven)

122. [B] M. Anderson Executed Oath of Office

**Anderson Personal**
123. [A] L. Anderson Race Passes

124. [A] L. Anderson Daytona Race Ring

125. [A] M. Anderson Daytona Race Necklace

126. [A] Racing Photos (Composite Exhibit)

127. [A] Anderson Key West Trip Photos (Composite Exhibit)

128. [A] Anderson Wedding Photos (Composite Exhibit)

129. [A] Anderson Wedding Program

130. [A] Anderson (with Grandchildren) Key West Trip (Composite Exhibit)

131. [A] Anderson Alaska Trip Photos (Composite Exhibit)

132. [A] M. Anderson National Anthem Photos (Composite Exhibit)

133. [A] M. Anderson Blue Moon Performance Photos (Composite Exhibit)

134. [A] M. Anderson Music CD

135. [A] 2014 Anderson Alaska Travel Confirmations

136. [A] 2014 Finch Alaska Travel Confirmations

137. [A] 2018.4.1 Anderson Jamaica Travel Confirmations

138. [A] 2018.4.1 Finch Jamaica[1] Travel Confirmations

**Post-Hurricane Conditions/Recovery**

139. [A] Photos of Supply Delivery and Distribution (Composite Exhibit)

140. [A] Photos of L. Anderson Activities (Composite Exhibit)

141. [A] Photos of Lynn Haven Condition (Composite Exhibit)

142. [A] 2018.10.12 Video of Neighborhood

143. [A] 2018.10.13 (First) Video of Neighborhood

144. [A] 2018.10.13 (Second) Video of Neighborhood

145. [A] 2018.10.13 (Third) Video of Neighborhood

146. [A] 2018.10.12 (First) Video Driving into Lynn Haven

147. [A] 2018.10.12 (Second) Video Driving into Lynn Haven

148. [A] 2018.10.12 (Third[2]) Video Driving into Lynn Haven

**L. Anderson VA**
149. [A] LE Anderson VA Payment Record

**SunTrust (Anderson Personal)**

---

[1]   Corrected to reflect "Jamaica" instead of "Alaska."
[2]   Corrected to reflect "Third" video instead of duplicative "Second" video.

150. [A] 2015.01.21 – 2015.08.20 – Virgil and Margo Anderson SunTrust Account, Combined Statements for Checking Account -0248 and Savings Accounts -3812

151. [A] 2015.08.21–2019.11 – Margo and Lee Anderson SunTrust Checking Account Statements, Account -0248

152. [A] 2015.02–2017.07 – Virgil and Margo Anderson SunTrust Checking Account Records, Deposit to Account -0248

153. [A] 2014.12–2019.11 – Virgil and Margo Anderson SunTrust Checking Account Records, Checks Payable from Account -0248

154. [A] 2015.08.21–2019.12 – Margo and Lee Anderson SunTrust Savings Account Statements, Account -3812

155. [A] 2015.09.16 & 2015.10.01 – Margo and Lee Anderson SunTrust Savings Account Deposits to -3812 (Personal Injury Recovery)

156. [A] 2019.09–2019.11 – Margo and Lee Anderson SunTrust Savings Account, Deposit to -3812 (Tower Hill Recovery)

157. [A] 2015.04.15 – Virgil Anderson SunTrust Withdrawal Ticket, Account -3812

158. [A] 2016.02.26; 2019.09.10; & 2019.11.22 – Virgil Anderson SunTrust Withdraw Tickets, Account -3812

159. [A] 2014.12–2020.03 – Margo and Lee Anderson - SunTrust Mastercard Statements, Account -7811

**SunTrust (Anderson Campaign)**

160. [B] 2015.01–2015.05 – Margo Anderson Campaign SunTrust Checking Account Statements, Account -9605

161. [B] 2015.01–2015.04 – Margo Anderson Campaign SunTrust Checking Account, Checks Payable from Account -9605

162. [B] 2015.01–2015.05 – Margo Anderson Campaign SunTrust Checking Account, Contribution Checks Deposited to Account -9605

**SunTrust (Lyn Haven Splash Pad)**

163. [B] 2016.11–2019.01 – City of Lyn Haven Splash Pad SunTrust Public Funds Checking Account Statements, Account -5748

164. [B] 2016.11–2017.12 – City of Lyn Haven Splash Pad SunTrust Public Funds Checking Account, Contribution Checks Deposited, Account -5748

**Navy Federal Credit Union (Anderson Personal)**

165. [A] 2017.11–2020.04 – Virgil and Margo Anderson, NFCU Checking and Savings Account Statements, Account -2542, -2567, -2066 & -2074

166. [A] 2018.07–2019.06 – NFCU Transaction Details, Acct -2542, -2567 & -2066

167. [A] 2019.10–2019.12 – NFCU Transaction Details, Acct -2074

168. [A] 2018.11.14 & 2018.12.3 Virgil and Margo Anderson, NFCU Checking and Savings Account, Deposit to -2066 (Tower Hill Recovery)

169. [A] 2019.1.15 Virgil and Margo Anderson, NFCU Checking and Savings Account, Deposit to -2066 (Medical Recovery)

170. [A] 2019.12.31 – Virgil Anderson, NFCU Currency Transaction Report ($15,000 Withdrawal), Acct -2074

171. [B] 2018.07.18 – Virgil Anderson, Motorcycle Loan Application ($5,500), Loan #5522

172. [B] 2018.07.20 – Virgil Anderson, Motorcycle Promissory Note ($5,500), Loan #5522

173. [B] 2018.07.20 – Virgil Anderson, Motorcycle Loan Disbursement Check ($5,500), Loan #5522

174. [B] 2018.06–2020.05 – Virgil Anderson, Motorcycle Loan Statements, Loan #5522

175. [A] 2018.08–2020.05 – Virgil and Margo Anderson, NFCU AMEX Card, Acct -1000

**AMEX (Anderson Personal)**

176. [A] 2017.03–2020.04 – Virgil Anderson, AMEX Gold Delta SkyMiles Card, Acct -31000

177. [A] 2017.05–2020.04 – Virgil Anderson, AMEX Platinum Card, Acct -71000

178. [B] 2017.04–2020.04 – Virgil Anderson, AMEX Premier Reward Gold Card, Acct -11008

**Capital One (Anderson Personal)**

179. [A] 2015.12–2020.04 – Virgil Anderson, Capital One Platinum MasterCard Statements, Acct -9738

180. [A] 2015.12–2018.04 – Virgil Anderson, Capital One Sony Card, Acct -7240

**Discover (Anderson Personal)**

181. [A] 2015.12–2016.12 – Margo Anderson, Discover Card Statements, Acct -6296

182. [B] 2016.01–2017.07 – Virgil Anderson, Discover Card Statements, Acct -3308

183. [A] 2016.11–2019.10 – Margo Anderson, Discover Card Statements, Acct -8342

184. [B] 2019.09–2020.05 – Margo Anderson, Discover Card Statements, Acct -5656

**USAA (Anderson Financials)**

185. [B] 2016.08–2017.07 – Virgil Anderson & Margo Anderson, USAA Visa Card Combined Statements, Acct -3807 & -3815

**Bay Credit Union (Anderson Financials)**

186. [B] 2016.06–2019.12 – Margo Anderson, Account Statements, Member Number -4701

187. [B] 2016.07–2018.07 – Margo Anderson Checks Payable to Bay Credit Union, Loan Payments, Member Number -4701

188. [B] 2016.06.14 – Margo Anderson & Virgil Anderson, RV Loan Application ($35,000), Member Number -4701

189. [B] 2016.06.17 – Margo Anderson to Bay Credit Union, Check Image ($22,500, Motorhome Down Payment)

190. [B] 2016.06.17 – Bay Credit Union to Glen Hoflund Re: Margo Anderson & Virgil Anderson, Check Image ($57,500)

191. [B] 2016.06.17 – Bay Credit Union, Check Register

192. [B] 2017.03–2018.08 – Margo Anderson, Transaction Record Details, Member Number -4701

**Trustmark National Bank (Anderson Productions Financials)**

193. [A] 2015 – Anderson Productions LLC, Trustmark Checking Account Statements, Acct -2401

194. [A] 2016 – Anderson Productions LLC, Trustmark Checking Account Statements, Acct -2401

195. [A] 2017 – Anderson Productions LLC, Trustmark Checking Account Statements, Acct -2401

196. [A] 2018 – Anderson Productions LLC, Trustmark Checking Account Statements, Acct -2401

197. [A] 2019 – Anderson Productions LLC, Trustmark Checking Account Statements, Acct -2401

**Beau Rivage**

198. [A] M. Anderson Records

199. [A] L. Anderson Records

200. [A] J. Finch Records

**Motorhomes**

201. [A] 2016.6.17 Expedition Motorhome Title

202. [A] Expedition Motorhome Photos (Composite Exhibit)

203. [B] 2018.2.13 ITAS Motorhome Bill of Sale (C. Forehand to L. Anderson)

204. [B] 2018.2.13 ITAS Motorhome Title

205. [B] L. Anderson Application for Title

206. [B] 2018.3.6 ITAS Motorhome Title

207. [B] 2018.7.6 ITAS Motorhome Bill of Sale (J. Finch to L. Anderson)

208. [B] 2018.7.6 Promissory Note

209. [A] Documented Repairs/Improvements to ITAS Motorhome

210. [A] Forfeiture Notice Valuing ITAS Motorhome

**Tennessee Avenue Properties/City Easement**

211. [A] 2019-2020 CM Gainer/B. Baker/A. Albritton Email Exchange re Easement from 514 Virginia Avenue to City

212. [A] County Wide Surveying File for 511-513 Tennessee Avenue Boundary Survey (Composite Exhibit)

213. [A] 2020.9.8 511-513 Tennessee Avenue Survey

214. [A] 2016 Easement Post Prisoner Cleanup Photo

215. [A] 2017.5.2 B. Baker Email to CM Schubert re Prison Worker Program Log

216. [B] 511-513 Tennessee Avenue Satellite Images (Pre and Post Hurricane)

217. [A] 2018.10.13 511-513 Tennessee Avenue Pre Tarping Video

218. [A] 2018.10 511-513 Tennessee Avenue Tarping Photos (Composite Exhibit)

219. [A] 2018.10 511-513 Tennessee Avenue Pole Barn/Easement Photos (Composite Exhibit)

220. [A] 2018.10.14 511-513 Tennessee Avenue Post Tarping Video

221. [A] 2018.10.14 Tennessee Avenue Intersection Video

222. [A] 2018.10.19 513 Tennessee Avenue Power Connection Video

223. [A] 2018.12.29 513 Tennessee Avenue Pole Barn Video

224. [A] 513 Tennessee Avenue Right-of-Way Photos (Composite Exhibit)

225. [A] 513 Tennessee Avenue/Easement Boundary and Stump Photos (Composite Exhibit)

226. [A] 2020 Easement Overgrown Photos (Composite Exhibit)

227. [A] 2020 City Workers/Equipment at Easement Photos (Composite Exhibit)

228. [B] 2018 Certified Tree Services Photo

229. [B] 2018 P&B Hauling Business Card

230. [B] 2018 P&B Hauling Statement for 511 Tennessee Avenue

**ECS Documents**

231. [B] 2018.10.22 ECS Agreement

232. [B] 2018.10.29 ECS Amended Agreement

233. [B] 2018.11.8 ECS Task Order

234. [A] 2018.11.12 (First) ECS Invoice 1621

235. [A] 2018.11.12 (Second-Paid) ECS Invoice 1621

236. [A] Note to Backdate 511-513 Tennessee Avenue Invoices

237. [A] 2018.11.14 ECS Invoice 1698 re 511 Tennessee Avenue

238. [A] 2018.11.14 ECS Invoice 1699 re 514 Virginia Avenue

239. [A] 2018.11.15 ECS Invoice 1697 re 513 Tennessee Avenue

240. [A] Photos of Note and Backdated Invoices (Composite Exhibit)

241. [A] 2018.12.13 (First) ECS Invoice 1629

242. [A] 2018.12.13 (Second-Paid) ECS Invoice 1629

243. [A] 2019.3.28 M. Anderson Email to Staff re Handwritten Signature

**WorldClaim (Anderson Personal)**

244. [A] Tower Hill Insurance Correspondence (Composite Exhibit)

245. [A] 2018.11.7 Tower Hill Insurance Loss Estimate Letter

246. [A] 2018.11.26 Tower Hill Insurance Loss Estimate Letter

247. [A] 2019.1.17 CM White/L. Brubaker Text Message Exchange re L. Anderson

248. [A] 2019.2.8 World Claim Email (With Attachments) to L. Anderson

249. [A] 2019.2.11 World Claim Email (With Attachments) to L. Anderson

250. [A] 2019.2.12 World Claim Email (With Attachment) to L. Anderson

251. [A] 2019.2.12 World Claim Engagement Agreement-Anderson

252. [A] 2019.8.20 Tower Hill Insurance Loss Estimate Letter

253. [A] 2019.8.22 Executed Release-Anderson

254. [A] 2019.8.28 Tower Hill Insurance Check to Anderson

255. [A] 2019.9.5 World Claim Invoice-Anderson

256. [A] 2019.9.12 Anderson Check to World Claim

257. [B] L. Brubaker/M. Anderson Email Exchanges (dated 2019.2.9-2019.8.21)

258. [B] L. Brubaker/M. Anderson Text Messages (dated 2019.2.14-2019.9.6)

**World Claim (Lynn Haven)**
259. [B] 2018.10.24 World Claim Engagement Agreement-City Signature Page

**Other Party Exhibits**
260. All exhibits listed by Defendant James Finch

261. All exhibits listed by the United States of America

**Supplement[3]**
262. [A] J. Finch/CM Gainer/Commission Email Exchanges re City Rebuild (With Attachment) (dated 2020.8.14, 2020.8.26)

263. [A] L. Anderson CTR Transcripts

264. [A] NFCU Internal Record of L. Anderson Cash Withdrawal (To be Subpoenaed)

265. [A] Anderson Productions Performance Contracts

266. [A] City Ledger of Payments to ECS

267. [B] CM White/M. Anderson Text Messages (dated 2019.1.10-11)

268. [B] Couch Photos (Composite Exhibit)

269. [B] City FEMA Reimbursement Records (To be Subpoenaed)

270. [B] City Rebuild Records (To be Subpoenaed)

---

[3] Added to Exhibit List served on January 24, 2023.

Dated this 30th day of January, 2023.

<u>/s/ Anthony L. Bajoczky, Jr.</u>
W. Robert Vezina, III
Florida Bar No. 329401
Anthony L. Bajoczky, Jr.
Florida Bar No. 96631
Vezina, Lawrence & Piscitelli, P.A.
413 East Park Avenue
Tallahassee, Florida 32301
850-224-6205
rvezina@vlplaw.com
tbajoczky@vlplaw.com
rhodge@vlplaw.com

Counsel for Defendant,
Margo Deal Anderson

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been served electronically via the CM/ECF System on this 30th day of January, 2023.

<u>/s/ Anthony L. Bajoczky, Jr.</u>